**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angel Osornio,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>    Defendant. | No. CV-19-08267-PCT-GMS<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion to Vacate Judgment from April 3, 2020 and New Trial 59(b) that Justifies Relief Rule 85 (Doc. 34) and Motion for Expediency Consideration (Doc. 35). The Court has read the Motion and understands Plaintiff to be asking for reconsideration for "dismiss[ing] [Plaintiff's] case." (Doc. 34 at 1.) The Court's April 3, 2020 Order did not dismiss Plaintiff's case; rather, the Court found that Defendant had already been appropriately served and denied Plaintiff's request for a sum for Defendant's failure to acknowledge service. To the extent Plaintiff requests monetary relief in this Motion for the failure to acknowledge service, that request is again denied. Plaintiff's Motion for Expediency Consideration is denied as moot.

/ / /

/ / /

/ / /

/ / /

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Vacate Judgment from April 3, 2020 and New Trial 59(b) that Justifies Relief Rule 85 (Doc. 34) and Motion for Expediency Consideration (Doc. 35) are **DENIED**.

Dated this 6th day of August, 2020.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge