**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angel Osornio, | No. CV-19-08267-PCT-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

Before the Court are Plaintiff's Motion to Grant Relief with Permanent Injunction, (Doc. 47), and Defendant's Motion for Extension of Time, (Doc. 48). Good cause shown, Defendant's Motion for Extension of Time is granted. Because Plaintiff has failed to demonstrate a likelihood of success on the merits, the request for Permanent Injunction is denied.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Extension of Time (Doc. 48) is **GRANTED.** Defendant may file a Motion for Summary Judgment on the issue of whether the statute of limitations has tolled by **May 10, 2021.**

/ / /

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Grant Relief with Permanent Injunction (Doc. 47) is **DENIED.**

Dated this 29th day of April, 2021.

*G. Murray Snow*
G. Murray Snow
Chief United States District Judge